# TEXAS TRANSPORTATION COMMISSION CHAIRMAN'S CERTIFICATE

NO. 3:18-CV-00067-DCG

| | | |
|---|---|---|
| TIMOTHY TRIGG, ET AL | § § | IN THE US DISTRICT COURT |
| VS. | § § | WESTERN DISTRICT OF TEXAS |
| PLATINUM LEVEL TRANSPORT, INC., ET AL | § | EL PASO DIVISION |

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now J. Bruce Bugg, Jr., Chairman of the Texas Transportation Commission, and Certifies to the court as follows:

That on March 7, 2018, I was duly served with Citation and copy of Complaint in the above styled and numbered cause, which I immediately caused to be forwarded by U.S. Certified Mail, certified number 7017 1450 0002 1239 5649 addressed to Etimo E. Corado Merida, 31635 Avenida El Pueblo, Apt. B, Cathedral City, CA 92234 with postage prepaid, return receipt requested;

In witness whereof, this certificate is issued in Austin, Texas, this 9th day of March, 2018.



_____
Chairman, Texas Transportation Commission