IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**TIMOTHY TRIGG**
**ANGELA TRIGG**                                                                             **PLAINTIFFS**

**VERSUS**                                                         **CIVIL ACTION NO. 3:18-cv-00067**

**PLATINUM LEVEL TRANSPORT, INC.;**
**ENTIMO E. CORADO MERIDA**
**and JOHN DOES 1-5**                                                                         **DEFENDANTS**

---

### NOTICE OF SETTLEMENT

---

**PLEASE TAKE NOTICE** that the Parties have reached a settlement in the above-entitled action to resolve all claims listed in the Complaint filed by the Plaintiffs on February 27, 2018. [Doc. 1]. The Parties have finalized and executed all settlement documentation and a proposed *Agreed Order of Dismissal with Prejudice* is being submitted to the Court for entry.

Respectfully submitted this the 23rd day of August, 2019.

        **TIMOTHY TRIGG and ANGELA TRIGG,**
        **Plaintiffs**


          /s/   *P. Manion Anderson*
        ALEJANDRO ACOSTA, TXB# 24064789
        SAMUEL S. McHARD, TXB# 24095103
        P. MANION ANDERSON, Admitted *Pro hac vice*

SAMUEL S. McHARD, TXB# 24095103
P. MANION ANDERSON, MSB# 104250, Admitted *Pro hac vice*
McHARD, McHARD, ANDERSON & ASSOCIATES, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
Ph: (601) 450-1715
Fx: (601) 451-1719
Em: smchard@mchardlaw.com
　　　manderson@mchardlaw.com


ALEJANDRO ACOSTA, TXB# 24064789
FLORES, TAWNEY & ACOSTA, P.C.
906 N. Mesa, 2nd Floor
El Paso, TX 79902
Ph: (915)308-1000
Fx: (915)300-0283
Em: aacosta@ftalawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

THIS the 23rd day of August, 2019.

                                                        */s/   P. Manion Anderson*
                                                      COUNSEL OF RECORD