UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANGELA TRIGG and TIMOTHY TRIGG, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | EP-18-CV-00067-DCG |
| ENTIMO E. CORADO MERIDA, PLATINUM LEVEL TRANSPORT, INC., and JOHN DOES 1-5, | § § § § | |
| Defendants. | | |

## ORDER DISMISSING CASE

On August 23, 2019, the parties in the above-captioned case filed a "Notice of Settlement" with a proposed "Agreed Order of Dismissal with Prejudice" (ECF No. 93) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiffs Angela Trigg and Timothy Trigg against Defendants Platinum Level Transport, Inc., Entimo E. Corado Merida, and John Does 1-5 in the above-captioned case are **DISMISSED WITH PREJUDICE**.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 26th day of August 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE